86 A.3d 861

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Kenneth R. KLINE, Respondent.**

Supreme Court of Pennsylvania.

March 5, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the portion of the Superior Court's ' order which vacated Respondent's judgment of sentence with regard to his conviction for conspiracy to commit third-degree murder is **VACATED,** and the matter is **REMANDED** to the Superior Court for reinstatement of Respondent's judgment of sentence for conspiracy to commit third-degree murder pursuant to *Commonwealth v. Fisher, et al.,* 622 Pa. 366, 80 A.3d 1186 (2013).